**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

                     Plaintiff,

           v.                     CR NO: 2:14-MJ-174 EFB

**SETH MICHAEL BERTOLINI**

                     Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum       ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Seth Michael Bertolini | |
| Detained at: | Sacramento County Jail | |
| Detainee is: | a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint charging detainee with: | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary [on September 16, 2014 @ 2:00 pm] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michelle Rodriguez |
| Printed Name & Phone No: | Michelle Rodriguez |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum       ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***September 16, 2014 @ 2:00 pm,*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:

                     Honorable Carolyn K. Delaney
                     U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐Male ☐Female | |
| Booking or CDC #: | | DOB: | 11/06/1970 |
| Facility Address: | 651 I Street, Sacramento, CA 95814 | Race: | |
| Facility Phone: | 916 874-5115 | FBI#: | 871030WA4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on:

                     (signature)